|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

PHILIP G. BIQUET, §
§
   Plaintiff, §
§
*versus*               §  CIVIL ACTION NO. 1:17-CV-140
§
RANSON MARTEL, *et al.*, §
§
   Defendants. §

## MEMORANDUM OPINION AND ORDER

Plaintiff, Philip G. Biquet, a pre-trial detainee at the Liberty County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's claims be dismissed for want of prosecution as plaintiff has failed to pay the initial partial filing fee as ordered on May 15, 2017.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1]   Plaintiff received a copy of the Report and Recommendation on October 5, 2017 (docket entry no. 9).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

SIGNED at Beaumont, Texas, this 1st day of November, 2017.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE